## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.   11-cv-1011-AP**

**TERESA L. BUTLER,**

     **Plaintiff,**

     **v.**

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

     **Defendant.**

---

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
CHRIS R. NOEL, ESQ.
3000 Pearl Street, Suite 212
Boulder, Colorado 80301-2431
Telephone:  (303) 449-6503
E mail: chrisildar@comcast.net

<u>For Defendant</u>:
JOHN F. WALSH
United States Attorney

WILLIAM PHARO
Assistant U.S. Attorney
William.pharo@usdoj.gov
ALEXESS REA
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado  80202
Telephone:  (303) 844-7101
Alexess.rea@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed: 4/15/11**

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office: 4/20/11**

    **C.**    **Date Answer and Administrative Record Were Filed: 6/20/11**

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**  See paragraph four above.

**Defendant states:**  None anticipated.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states**:  This case involves no unusual claims.

**Defendant states**:  This case does not involve unusual claims or defenses.

**7.  OTHER MATTERS**

**Plaintiff states**:   The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states**: The administrative record appears to be complete.

**8. BRIEFING SCHEDULE**

    **A.**     **Plaintiff's Opening Brief Due: August 19, 2011**

    **B.**     **Defendant's  Response Brief Due: September 19, 2011**

    **C.**     **Plaintiff's  Reply Brief Due: October 4, 2011**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.

    **B.**     **Defendant's Statement:**  Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**     **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**     **( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT,</u> ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause.</u>*

    DATED this 11th day of July, 2011.

                         BY THE COURT:

                         *<u>s/John L. Kane</u>* _____
                         U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 212<br>Boulder, Colorado 80301-2431<br>Telephone:  (303) 449 6503<br>e mail: chrisildar@comcast.net<br><br>Attorney for Plaintiff Teresa Butler | John F. Walsh<br>UNITED STATES ATTORNEY<br><br>William Pharo<br>Assistant U.S. Attorney<br>William.pharo@usdoj.gov<br><br>By: /s/ Alexess Rea<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, Colorado 80202<br>Telephone: (303) 844-7101<br>alexess.rea@ssa.gov<br><br>Attorneys for Defendant |